**Dismissed; Opinion Filed April 1, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00077-CR

### JACOURTLAND DAMON WEBSTER, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81752-2017**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

Before the Court is the March 27, 2019 motion to voluntarily dismiss the appeal filed by

appellant. The motion is signed by appellant and his appellate counsel. TEX. R. APP. P. 42.2.

We grant the motion and dismiss the appeal.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190077F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JACOURTLAND DAMON WEBSTER,
Appellant

No. 05-19-00077-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-81752-2017.
Opinion delivered by Justice Nowell.
Justices Myers and Osborne participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 1st day of April, 2019.